UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES JANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV1309 CDP |
| | ) | |
| ALLSTATE COLLECTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on my review of the file. Defendant has a pending motion to withdraw counsel, and plaintiff has a pending motion for summary judgment. On September 2, 2011, I held a telephone status conference with counsel to discuss these pending motions. During that conference, I advised defense counsel that a corporation cannot represent itself, see Carr Enterprises, Inc. v. United States, 698 F.2d 952, 953 (8th Cir. 1983), so defendant would be in default if it did not retain substitute counsel to represent it in this matter. To date, no substitute counsel has entered an appearance on behalf of defendant, and defendant has not filed an opposition to the motion for summary judgment.

Defense counsel shall supplement his motion to withdraw with an affidavit from defendant which acknowledges that it cannot represent itself, that default judgment might consequently be entered against it, and that it still requests the

Court to grant the motion despite these consequences. The supplemental materials shall be filed by October 14, 2011.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel shall supplement defendant's motion to withdraw as set out above by **October 14, 2011.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of October, 2011.