UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES JANSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:10CV1309 CDP |
| | ) |
| ALLSTATE COLLECTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on defendant's motion to withdraw counsel.  In response to my Order dated October 4, 2011, defendant supplemented its motion with an affidavit acknowledging that it cannot represent itself, that default judgment might consequently be entered against it, and requesting the Court to grant the motion despite these consequences.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to withdraw counsel [#16] is granted.

**IT IS FURTHER ORDERED** that **defense counsel shall serve a copy of this Order upon defendant and provide the Clerk of the Court with an address of record for defendant within two (2) days of the date of this Order.**

**IT IS FURTHER ORDERED** that **defendant shall either retain**

**substitute counsel to represent it in this matter within fourteen (14) days or plaintiff shall move for an entry of default and default judgment, accompanied by all supporting documentation, without further notice from the Court.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of October, 2011.